After Remand from the Alabama Supreme Court
 

 PITTMAN, Judge.
 

 The prior judgment of this court that affirmed the Madison Circuit Court has been reversed, and the cause remanded, by the Supreme Court of Alabama.
 
 Ex parte Lawson,
 
 6 So.3d 7 (Ala.2008). On remand to this court, and in compliance with the supreme court’s opinion, the judgment of the Madison Circuit Court is reversed, and the cause is remanded for further proceedings consistent with the supreme court’s opinion.
 

 REVERSED AND REMANDED.
 

 THOMPSON, P.J., and BRYAN, THOMAS, and MOORE, JJ., concur.